APPEAL No. 77-441. GUSTAVO DIRAIMO *v.* ANTHONY DIRAIMO. The plaintiff's motion to dismiss the defendant's appeal is granted. *Gunning, LaFazia & Gnys, Inc., Netti C. Vogel,* for plaintiff. *Rice, Dolan, Kiernan & Kershaw, Leonard A. Kiernan, Jr., James A. Currier,* for defendant.

M. P. No. 77-315. STATE *v.* GUY LANOUE. Petition for writ of certiorari is granted and the writ shall issue forthwith. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff-respondent. *William F. Reilly,* Public Defender, *Barbara Hurst,* Assistant Public Defender, for defendant-petitioner.

M. P. No. 77-438. PETER J. BEAUDOIN *v.* EUGENE P. PETIT, JR. The petition for writ of certiorari is granted and the writ shall issue forthwith.

The stay previously issued by this court is to remain in full force and effect. *F. Monroe Allen,* for petitioner. *Julius C. Michaelson,* Attorney General, *Stephen F. Mullen,* Chief Legal Counsel, Department of Attorney General, for respondent.

February 23, 1978

M. P. No. 77-425. TOWN OF BARRINGTON *v.* FIRE SAFETY CODE BOARD OF REVIEW. The petition for writ of certiorari is denied without prejudice. *Hinckley, Allen, Salisbury & Parsons, Michael P. DeFanti,* for petitioner. *Edward C. Parker,* for respondent.

M. P. No. 77-436. FRED A. GOTT JR., *et al. v.* JOHN H. NORBERG, *Tax Administrator.* The petitoner's petition for a writ of certiorari is hereby granted. The writ of certiorari shall issue forthwith. *Armstrong, Gibbons, Lodge & Kinder, Walter F. Gibbons,* for plaintiffs-respondents. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Assistant Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for defendant-petitioner.